UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JOSEPHINA AULTMAN<br><br>Plaintiff,<br><br>vs.<br><br>SAIA, INC., et al.<br><br>Defendants. | Case No. 1:11-cv-658<br><br>Judge Timothy Black |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE**, and after evaluating in camera the Confidential Settlement and General Release Agreement between the parties, and finding it to be fair and reasonable and approving same;

**IT IS HEREBY ORDERED**, that the Joint Motion to Dismiss with Prejudice filed by Plaintiff Josephina Aultman and Defendants, Saia, Inc. and Saia Motor Freight Line, LLC is **GRANTED** and that the Confidential Settlement and General Release Agreement is approved and that the action is dismissed with prejudice, each party to bear her or its own costs. The Court shall retain jurisdiction to address any disputes between the parties regarding their Agreement.

Date: 1/20/12

Timothy S. Black
United States District Judge